IN THE SUPREME COURT OF THE STATE OF DELAWARE

MARY RUMBO and                          §
PAUL RUMBO,                             §
                                        §        No. 155, 2021
   Plaintiffs Below,    §
   Appellant,            §        Court Below—Superior Court
                                        §        of the State of Delaware
  v.                          §
                                        §        C.A. No: N13C-04-300
AMERICAN MEDICAL SYSTEMS,               §
INC.,                                   §
                                        §
   Defendant Below,      §
   Appellee.             §

Submitted: April 27, 2022
Decided:  May 11, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

This 11th day of May, 2022, after consideration of the argument of counsel, the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of its April 29, 2021 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice